UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES CORNELL PARKS, ) | Case No. C07-1406-RSM-JPD |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS |
| TULALIP RESORT CASINO, ) | |
| Defendant. ) | |

Plaintiff James Cornell Parks is proceeding *pro se* in his attempt to bring an employment discrimination lawsuit against the Tulalip Resort Casino. Dkt. No. 1-1. The present matter comes before the Court on plaintiff's application to proceed *in forma pauperis* ("IFP"). Dkt. No. 1. After careful consideration of plaintiff's IFP application, the governing law, and the balance of the record, the Court ORDERS as follows:

(1) Plaintiff's application to proceed IFP (Dkt. No. 1) is GRANTED. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

(2) The Clerk of Court is directed to send a copy of this Order to plaintiff and to issue summonses to plaintiff to enable proper service of the complaint on the appropriate parties. **Plaintiff shall note that it is his and/or his attorney's responsibility to properly serve copies of the complaint along with appropriate summonses as required by Rule 4 of the Federal Rules of Civil Procedure.**

01    (3)    The Clerk is further directed to send a copy of this order to the plaintiff and to
02 the Honorable Ricardo S. Martinez.

03    DATED this 14th day of September, 2007.

```
                                    /s/ James P. Donohue
                                    _____
                                    JAMES P. DONOHUE
                                    United States Magistrate Judge
```